**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS OF TEXAS, LLC, | Civil Action No. 6:09-CV-00208-LED |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| AT&T MOBILITY LLC, ET AL., | |
| Defendants. | |

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Joao Bock Transaction Systems of Texas, LLC and Defendant American Express Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "LICENSE AND SETTLEMENT AGREEMENT" and dated March 30, 2010, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Date:  April 6, 2010 | Respectfully submitted: |

/s/ *Andrew W. Spangler*
Andrew W. Spangler
State Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

*Of Counsel*:
John F. Ward
John W. Olivo, Jr.

**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
wardj@wardolivo.com
olivoj@wardolivo.com

Doug Bridges
**HENINGER GARRISON DAVIS**
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: 678-638-6309
Dbridges@hgdlawfirm.com

**ATTORNEYS FOR JOAO BOCK
TRANSACTION SYSTEMS OF TEXAS, LLC**

By:      /s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

        John Spaccarotella
        jspaccarotella@kirkland.com
        Peter J. Armenio
        parmenio@kirkland.com
        James E. Marina
        jmarina@kirkland.com
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, NY 10022
        212-446-4800
        212-446-4900 (Facsimile)

        **ATTORNEYS FOR DEFENDANT AMERICAN EXPRESS COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2010 electronically transmitted a pdf version of this document to the Clerk of Court using the CM/ECF system for filing and for transmittal of a Notice of Electronic Filing to all attorneys of record.

                          /s/ *Michael E. Jones*