# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS OF TEXAS, LLC, | § § § § § § § § § § | Civil Action No. 6:09-CV-00208-LED |
| Plaintiff, | | PATENT CASE |
| v. | | |
| AT&T MOBILITY LLC, ET AL., | | |
| Defendants. | | |

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS OF TEXAS, LLC, | § § § § § § § § § § § § | Civil Action No. 6:09-CV-368-LED |
| Plaintiff, | | |
| v. | | PATENT CASE |
| AMERICAN NATIONAL BANK OF TEXAS, ET AL., | | **JURY TRIAL DEMANDED** |
| Defendants. | | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff Joao Bock Transaction Systems of Texas, LLC and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's counterclaims in this action (if any) WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: July 21, 2010                    Respectfully submitted,

                                        /s/ Andrew W. Spangler
                                        Andrew W. Spangler

State Bar No. 24041960
**SPANGLER LAW P.C.**
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

*Of Counsel*:
John F. Ward
John W. Olivo, Jr.
David M. Hill
Maureen V. Abbey
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
abbeym@wardolivo.com

Doug Bridges
**HENINGER GARRISON DAVIS**
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: 678-638-6309
Dbridges@hgdlawfirm.com

**ATTORNEYS FOR PLAINTIFF JOAO BOCK TRANSACTION SYSTEMS OF TEXAS, LLC**


/s/ Douglas Kubehl
Bryant C. Boren, Jr. (Lead Attorney)
Texas State Bar No. 02664100
Baker Botts, LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: bryant.c.boren@bakerbotts.com

James W. Cannon, Jr.
Texas State Bar No. 03746600

        Baker Botts, LLP
        98 San Jacinto Blvd., Suite 1500
        Austin, TX 78701
        Telephone: (512) 322-2500
        Facsimile: (512) 322-2501
        Email: jim.cannon@bakerbotts.com

        Douglas Kubehl
        Texas State Bar No. 00796909
        David O. Taylor
        Texas Bar No. 24042010
        Matthew D. Colagrosso
        Texas Bar No. 24065060
        Baker Botts, LLP
        2001 Ross Avenue
        Dallas, TX 75201
        Telephone: (214) 953-6500
        Facsimile: (214) 661-4791

        **ATTORNEYS FOR DEFENDANT**
        **CELLCO PARTNERSHIP D/B/A**
        **VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 21, 2010                                    /s/ Andrew W. Spangler
                                                    Andrew W. Spangler